1  Robert K. Jones (State Bar #016228)
2  Monica M. Ryden (State Bar #023986)
   **JACKSON LEWIS P.C.**
3  2398 East Camelback Road, Suite 1060
   Phoenix, AZ 85016
4  Tel. (602) 714-7044
   Fax (602) 714-7045
5  JonesR@jacksonlewis.com
6  Monica.Ryden@jacksonlewis.com
   Attorneys for Defendant
7

8              UNITED STATES DISTRICT COURT
9                  DISTRICT OF ARIZONA

10 | James Whitener,                         | Case No. 2:17-cv-01881-ESW |
11 |                                         |                            |
   |         Plaintiff,                      |                            |
12 |                                         | **NOTICE OF SETTLEMENT**   |
   |   v.                                    |                            |
13 |                                         |                            |
   | Icearizona Hockey Co., LLC; JOHN        |                            |
14 | DOES 1-10; JANE DOES 1-10; ABC          |                            |
   | Corporations 1-10; XYZ Entities 1-10;   |                            |
15 | 123 Partnerships 1-10,                  |                            |
16 |                                         |                            |
   |         Defendants.                     |                            |
17

18        Please be advised that the parties have agreed to a settlement to resolve this
19 matter.  The parties are in the process of documenting the agreement, which will include
20 filing a joint motion for Court approval of the settlement.  Such joint motion is
21 anticipated within the next thirty (30) days.
22        DATED this 5th day of September 2017.
23
                                      JACKSON LEWIS P.C.
24

25                                    By: /s/ Monica M. Ryden
26                                        Robert K. Jones
                                          Monica M. Ryden
27                                        Attorneys for Defendant
28

                                        1

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Caroline A. Pilch
Neil Landeen
Michael Pang
Yen Pilch & Landeen, P.C.
6017 N. 15th Street
Phoenix, Arizona 85014
Attorneys for Plaintiff

/s/ Amalia Tafoya

4836-8050-3886, v. 1