IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Whitener,<br><br>           Plaintiff,<br><br>vs.<br><br>Icearizona Hockey Co., LLC, et al.,<br><br>           Defendants. | No. CV-17-01881-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Joint Motion for Approval of Settlement and for Dismissal (Doc. 18). Pursuant to the parties' stipulation,

**IT IS ORDERED** that the Joint Motion (Doc. 18) is **granted**. The Court finds that the settlement agreement attached as Exhibit 1 to the Joint Motion is a fair and reasonable resolution of a bona fide dispute over wages pursuant to the Fair Labor Standards Act and other claims, and accordingly, the settlement is approved.

**IT IS FURTHER ORDERED** that all claims in this action are **dismissed with prejudice**, and that except as otherwise provided in the settlement agreement, each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 13th day of September, 2017.

                                                      Honorable Steven P. Logan
                                                      United States District Judge